# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

|  |  |
|---|---|
| IRA M. WEINSTEIN;<br>HILDEGARD A. WEINSTEIN;<br>GREEN STAR PROPERTIES, LLC;<br>RED STAR PROPERTIES, LLC; and<br>GREY STAR PROPERTIES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN J. MITCHELL;<br>CUMMING HOME RENTALS, LLC;<br>LANIER-FORSYTH HOME<br>RENTALS, LLC; JJM HOME<br>RENTALS, LLC, J&E RENTAL<br>HOMES, LLC; JEFFREY B. MOORE;<br>CUMMING HOME PROPERTY<br>MANAGEMENT, LLC; ESTATE OF<br>EDWARD JOSEPH MITCHELL; and<br>DEE KING,<br><br>Defendants. | CASE NO. 2:13-CV-00261-RWS |

## PLAINTIFFS' EXPERT DESIGNATION – FRANK K. NORTON, JR.

To:     Defendants John J. Mitchell, Cumming Home Rentals, LLC,

Lanier-Forsyth Home Rentals, LLC, JJM Home Rentals, LLC, J&E Rental

Homes, LLC, Jeffrey B. Moore, Cumming Home Property Management, LLC,

Estate of Edward Joseph Mitchell, and Dee King (collectively, "Defendants"),

{00203216.DOCX / }

through their attorney of record, L. Bruce Hedrick, Hedrick, Law, LLC, 2408 Mt. Vernon Road, Atlanta, GA 30338.

Plaintiffs Ira M. Weinstein, Hildegard A. Weinstein, Green Star Properties, LLC, Red Star Properties, LLC, and Grey Star Properties, LLC (collectively, "Plaintiffs") make these expert disclosures as required by Federal Rule of Civil Procedure 26(a)(2).

## A.    Identity of Experts

Plaintiffs may use the following person at trial to present evidence under Federal Rule of Evidence 702, 703, or 705:

1.    Frank K. Norton, Jr., The Norton Agency, 434 Green Street, Gainesville, GA 30501.

## B.    Information from Retained Experts

Plaintiffs have retained or specially employed the following person to provide expert testimony:  Frank K. Norton, Jr.

Plaintiffs attach a written report for the above retained expert.  The report is prepared and signed by the expert and contains the following:

(i)    a complete statement of all opinions the expert will express and the basis and reasons for them;

(ii)    the facts or data considered by the expert in forming them;

(iii)    any exhibits that will be used to summarize or support them;

(iv)    the expert's qualifications, including a list of all publications authored in the previous 10 years;

(v)    a list of all other cases in which, during the previous 4 years, the expert testified as an expert at trial or by deposition; and

(vi)    a statement of the compensation to be paid for the study and testimony in the case.

Plaintiffs reserve the right to supplement the foregoing expert designation and to designate additional expert witnesses in accordance with the Federal Rules of Civil Procedure.

This 10th day of July, 2014.

/s/   Adam D. Nugent
Simon H. Bloom
Georgia Bar No. 064298
(sbloom@bloom-law.com)
Shannan F. Oliver
Georgia Bar No. 275393
(soliver@bloom-law.com)
Adam D. Nugent
Georgia Bar No. 381008
(anugent@bloom-law.com)

{00203216.DOCX / }                    -3-

BLOOM SUGARMAN EVERETT, LLP
977 Ponce de Leon Avenue, NE
Atlanta, GA  30306-4265
Tel:   (404) 577-7710
Fax:   (404) 577-7715

Attorneys for Plaintiffs

## CERTIFICATE OF COUNSEL

Pursuant to Local Rule 7.1(D), I hereby certify that I have prepared the foregoing PLAINTIFFS' EXPERT DESIGNATION – FRANK K. NORTON, JR. in compliance with Local Rule 5.1in Times New Roman 14-point font.

This 10th day of July, 2014.

/s/  Adam D. Nugent
Adam D. Nugent
Georgia Bar No. 381008

BLOOM SUGARMAN EVERETT, LLP
977 Ponce de Leon Avenue, NE
Atlanta, Georgia  30306-4265
Tel:   (404) 577-7710
Fax:   (404) 577-7715

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2014, I electronically filed the foregoing PLAINTIFFS' EXPERT DESIGNATION – FRANK K. NORTON, JR. with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

> L. Bruce Hedrick, Esq.
> (bhedrick@h-elaw.com)
> HEDRICK LAW, LLC
> 2408 Mt. Vernon Road
> Atlanta, GA  30338

This 10th day of July, 2014.

> /s/   Adam D. Nugent
> _____
> Adam D. Nugent
> Georgia Bar No. 381008